UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCISCO JAVIER CARDENAS-SOTO, | ) ) ) | |
| Petitioner, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | 3:12-CV-0615-G (BD) |
| MAUREEN CRUZ, Warden, FCI Seagoville, | ) ) ) ) | |
| Respondent. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

March 28, 2012.

_A. Joe Fish_
A. JOE FISH
**Senior United States District Judge**